1072

[No. 13919-7-II. Division Two. February 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS
LINARES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-00330-4, Brian M. Tollefson, J., entered May
3, 1990. *Affirmed* by unpublished opinion per Petrich, J.,
concurred in by Seinfeld, A.C.J., and Morgan, J.

[No. 28615-3-I. Division One. March 1, 1993.]

BETHEL KOHN, *Respondent*, v. GEORGIA-PACIFIC
CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom
County, No. 87-2-00678-2, Michael F. Moynihan, J., entered
May 13, 1991. *Affirmed* by unpublished opinion per Kennedy,
J., concurred in by Pekelis, A.C.J., and Forrest, J. Now
published at 69 Wn. App. 709.

[No. 16325-0-II. Division Two. March 2, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSEPH
WORTH, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 92-1-00218-1, Don L. McCulloch, J., entered
July 2, 1992. *Reversed* by unpublished per curiam opinion.

[No. 16008-1-II. Division Two. March 2, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. COLBY DONALD
COLLETT, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-00243-4, Roger A. Bennett, J., entered April
8, 1992. *Reversed* by unpublished per curiam opinion.